FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2014 NOV -4 AM 9:43

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ROY YAWN and ENOCH GARDNER; )
)
Plaintiffs, )
)
v. ) CASE NO. CV414-098
)
U.S. SECURITY ASSOCIATES, )
INC., )
)
Defendants. )
)

## ORDER

Before the Court is the parties' Stipulation of Dismissal with Prejudice. (Doc. 12.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), an action may be dismissed by the parties by filing "a stipulation of dismissal signed by all parties who have appeared." As requested by the parties, this action is **DISMISSED WITH PREJUDICE** and all parties shall bear their own costs and attorney's fees. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 3rd day of November 2014.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA